**DISMISS and Opinion Filed April 26, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00320-CR**
**No. 05-22-00340-CR**

**ERIC LOWELL ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-55774-T & F20-51286-T**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Smith

Eric Lowell Anderson appeals his convictions for possession of methamphetamine in an amount of one gram or more but less than four grams and stalking. On April 21, 2020, appellant pleaded guilty to both offenses in exchange for the State's recommendation he receive three years of deferred adjudication probation. Thereafter, the State filed a motion to proceed with adjudication of guilt, alleging several violations of his supervision in each case. On December 13, 2021, the trial court found appellant guilty in each case and sentenced him to five years in the possession case and fifteen years in the stalking case, to run concurrently.

Although the trial court certified that appellant had a right to appeal his convictions, he did not file a notice of appeal until April 8, 2022. We dismiss these appeals.

"Jurisdiction concerns the power of a court to hear and determine a case." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). The jurisdiction of an appellate court must be legally invoked; if not, the power of the court to act is as absent as if it did not exist. *See id*. at 523. "The standard to determine whether an appellate court has jurisdiction to hear and determine a case 'is not whether the appeal is precluded by law, but whether the appeal is authorized by law.'" *Blanton v. State*, 369 S.W.3d 894, 902 (Tex. Crim. App. 2012) (quoting *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008)). The right to appeal in a criminal case is a statutorily created right. *See McKinney v. State*, 207 S.W.3d 366, 374 (Tex. Crim. App. 2006); *Griffin v. State*, 145 S.W.3d 645, 646 (Tex. Crim. App. 2004). *See also* TEX. CODE CRIM. PROC. ANN. art. 44.02 (providing right of appeal for defendant); TEX. R. APP. P. 25.2(a)(2) (rules for appeal by defendant).

A timely-filed notice of appeal vests the courts of appeals with jurisdiction. *Olivo*, 918 S.W.2d at 522. Absent a timely filed motion for new trial, appellant's notices of appeal were due by February 12, 2022. *See* TEX. R. APP. P. 26.2(a)(2). To obtain the benefit of the extension period provided by rule 26.3, appellant had to file his notices of appeal in the trial court and an extension motion in this Court by February 27, 2017. *See* TEX. R. APP. P. 26.3; *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam); *Olivo*, 918 S.W.2d at 522. The notices of

appeal filed in this Court show they were filed in the trial court on April 8, 2022. Because appellant's notices of appeal are untimely, we lack jurisdiction over the appeals. *See Slaton*, 981 S.W.2d at 210; *Olivo*, 918 S.W.2d at 523.

We dismiss these appeals.

/Craig Smith/
CRAIG SMITH
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
220320F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ERIC LOWELL ANDERSON,
Appellant

No. 05-22-00320-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-55774-T.
Opinion delivered by Justice Smith.
Justices Schenck and Osborne
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered April 26, 2022



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ERIC LOWELL ANDERSON,
Appellant

No. 05-22-00340-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F20-51286-T.
Opinion delivered by Justice Smith.
Justices Schenck and Osborne
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered April 26, 2022